No. 08-11-DLB

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## ASHLAND

UNITED STATES OF AMERICA

v.

RONDA NIXON

# INDICTMENT

18/1343 - Wire Fraud – 18 counts
18/1344 - Bank Fraud - 1 count
18/1028A - Aggravated Identity Theft - 1 count

A TRUE BILL

*Mary Ann Burns*

FOREPERSON

Filed in Open Court on 7/10/2008

Eastern District of Kentucky
FILED

CLERK

JUL 10 2008

Bail, $ _____

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
FILED

JUL 10 2008

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.                                             INDICTMENT NO. 08-11-DLB

RONDA NIXON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## INTRODUCTION

1.  At all relevant times, **RONDA NIXON** was an employee of Pruitt & Thorner Law Offices (the "Firm") in Catlettsburg, Kentucky where she worked as the Firm's bookkeeper. She had access to the Firm's different bank accounts and identifying information relating to her boss, Garis L. Pruitt ("Pruitt").

2.  At all relevant times, American Express Bank, FSB was a financial institution insured by the Federal Deposit Insurance Corporation.

## SCHEME AND ARTIFICE TO DEFRAUD

3.  Beginning on or about October 3, 2006, Nixon obtained an American Express credit card at the direction of Pruitt. Pruitt was responsible for the payment of any charges on the credit card, and the purpose of the credit card was to make business purchases for the Firm.

4. From October 2006 through July 2007, Nixon used the credit card, without Pruitt's authority, to make personal charges. She then used the Firm's monies to pay down the credit card charges by accessing the Firm's bank accounts. She used her knowledge and access to the Firm's books and bank accounts, as well as her use of information about Pruitt to hide the unauthorized personal charges.

5. When monies in the Firm's checking account diminished due to Nixon having to pay for her personal charges, Nixon opened an American Express Bank, FSB line of credit posing as Pruitt and using his social security number to open the line. She then withdrew $19,500 from the line of credit to pay for or cover up her personal credit card charges.

## COUNTS 1-18
## 18 U.S.C. § 1343

6. Paragraphs 1 through 4 above are incorporated herein by reference.

7. On or about the dates set forth in the chart below, using the identified electronic means and in the amount indicated, in Counts 1 through 18, in Boyd County, in the Eastern District of Kentucky, and elsewhere,

**RONDA NIXON,**

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud and to obtain by means of false and fraudulent pretenses, representations, and promises certain money and property owned by and under the control of American Express, for the purpose of executing said scheme did cause to be transmitted certain signs and signals in interstate commerce:

| Count | Date | Amount | Purchase | Method of Transmission |
|---|---|---|---|---|
| 1 | 11/13/2006 | 10,681.03 | Department of Education Atlanta, GA | Phone |
| 2 | 3/23/2007 | 350.00 | Mary Kay Cosmetics | Internet |
| 3 | 3/23/2007 | 350.00 | Mary Kay Cosmetics | Internet |
| 4 | 4/13/2007 | 350.00 | Mary Kay Cosmetics | Internet |
| 5 | 4/13/2007 | 350.00 | Mary Kay Cosmetics | Internet |
| 6 | 4/13/2007 | 300.00 | Mary Kay Cosmetics | Internet |
| 7 | 4/13/2007 | 622.90 | Airline tickets to Vegas | Internet |
| 8 | 4/13/2007 | 622.90 | Airline tickets to Vegas | Internet |
| 9 | 4/13/2007 | 622.90 | Airline tickets to Vegas | Internet |
| 10 | 4/13/2007 | 8.00 | Airline tickets to Vegas | Internet |
| 11 | 4/13/2007 | 8.00 | Airline tickets to Vegas | Internet |
| 12 | 4/13/2007 | 8.00 | Airline tickets to Vegas | Internet |
| 13 | 5/1/2007 | 350.00 | Mary Kay Cosmetics | Internet |
| 14 | 5/1/2007 | 350.00 | Mary Kay Cosmetics | Internet |
| 15 | 5/1/2007 | 300.00 | Mary Kay Cosmetics | Internet |
| 16 | 6/1/2007 | 300.00 | Mary Kay Cosmetics | Internet |
| 17 | 6/1/2007 | 350.00 | Mary Kay Cosmetics | Internet |

| 18 | 6/1/2007 | 350.00 | Mary Kay Cosmetics | Internet |
|---|---|---|---|---|
| **Total** | | **16,273.73** | | |

Each Count in violation of 18 U.S.C. § 1343.

## COUNTS 19-20
## 18 U.S.C. § 1344

8. Paragraphs 1 through 4 are incorporated herein by reference.

9. On or about the dates set forth in the chart below, in Boyd County, in the Eastern District of Kentucky and elsewhere,

**RONDA NIXON,**

knowingly and willfully executed and attempted to execute a scheme and artifice to defraud and to obtain by means of false and fraudulent pretenses, representations, and promises the moneys, funds, credits, assets, securities, and other property owned by and under the control of American Express Bank, FSB, the deposits of which having been at all relevant times insured by the Federal Deposit Insurance Corporation:

| Count | Date | Amount |
|---|---|---|
| 19 | 1/12/2007 | 10,000.00 |
| 20 | 2/21/2007 | 9,500.00 |

Each Count in violation of 18 U.S.C. § 1344.

## COUNT 21
## 18 U.S.C. § 1028A

10. Paragraphs 1 through 4 are incorporated herein by reference.

11. On or about November 2, 2006, January 12, 2007, and February 21, 2007 in Boyd County, in the Eastern District of Kentucky, and elsewhere,

**RONDA NIXON,**

did knowingly possess and use, without lawful authority, a means of identification of another person, Pruitt's social security number, during and in relation to the felony offenses charged in Counts 19 and 20 of this Indictment, in violation of 18 U.S.C. § 1028A.

**A TRUE BILL**

_Mary Ann Burns_
**FOREPERSON**

_James Zerhusen_
**JAMES A. ZERHUSEN**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-18:** Not more than 20 years imprisonment, not more than a $250,000 fine, or both, and not more than 3 years supervised release.

**COUNTS 19-20:** Not more than 30 years imprisonment, not more than a $1,000,000 fine, or both, and not more than 5 years supervised release.

**COUNT 21:** Not less than 2 years imprisonment to run consecutively to any other term of imprisonment imposed, not more than $250,000 fine, or both, and supervised release of not more than 1 year

**PLUS:** Mandatory special assessment of $100 per felony count.

**PLUS:** Restitution, if applicable.