# Criminal Case Assignment

Case number **0:08CR-11**

Assigned : Judge David L. Bunning
Judge Code : 4315

Assigned on 07/10/2008

[Request New Judge].....