UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CRIMINAL ACTION NO. 08-11-DLB

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                    **UNITED STATES EXHIBIT LIST**

RONDA NIXON                                                       DEFENDANT

\* \* \* \* \*

Government Exhibit 1 - AMEX Statements

Government Exhibit 2 - Sheet showing opening of AMEX Line of Credit

Government Exhibit 3- Rufus & Rufus Report

Government Exhibit 4 - Various checks

Government Exhibit 5 - Quick Books entries for AMEX payments

Government Exhibit 6 - Ronda Nixon written confession

Government Exhibit 7 – Email from Ronda Nixon

Government Exhibit 8 – Printout showing the withdrawal of $19,500 by Nixon

Government Exhibit 9 – FDIC certificate.

Respectfully submitted,

JAMES ZERHUSEN
UNITED STATES ATTORNEY

By:   s/ Alamdar S. Hamdani
Assistant United States Attorney
207 Grandview, Ste. 500
Ft. Mitchell, KY  41017
859-655-3200, ext. 105

**CERTIFICATE OF SERVICE**

On October 2, 2008, I electronically filed this document through the CM/ECF system and through that system sent it to Matthew Warnock, Attorney for Ronda Nixon

s/ Alamdar S. Hamdani
Assistant United States Attorney