UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
FILED

JAN - 8 2009

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 08-11-S-DLB

RONDA NIXON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## INTRODUCTION

1. At all relevant times, **RONDA NIXON** was an employee of Pruitt & Thorner Law Offices (the "Firm") in Catlettsburg, Kentucky, where she worked as the Firm's bookkeeper. She had access to the Firm's bank accounts and identifying information relating to her employer.

2. At all relevant times, **RONDA NIXON** possessed a company credit card for the Firm, an American Express credit card, numbered 3782-005851-\*\*\*\* that was billed to the Firm. The Firm was ultimately responsible for the payment of any charges on the credit card.

3. At all relevant times, American Express Bank, FSB mailed "convenience checks" relating to an American Express Bank, FSB line of credit to the Firm's address in Catlettsburg, Kentucky.

## PURPOSE AND OBJECT OF THE SCHEME

From on or about October 2006, and continuing through July 2007, in Boyd County, in the Eastern District of Kentucky and elsewhere,

**RONDA NIXON,**

devised the below described scheme and artifice to defraud to obtain money from American Express Bank, and the Firm, by false pretenses, representations and promises, using the following manner and means:

## SCHEME AND ARTIFICE TO DEFRAUD

4.      As part of her scheme to defraud and obtain money, from October 2006 through July 2007, **RONDA NIXON** used the Firm's credit card, without authority, to make personal charges.

5.      As part of her scheme to defraud and obtain money, **RONDA NIXON** then used the Firm's monies to pay down the credit card charges by accessing the Firm's bank accounts. She paid for the credit card charges by transferring monies online from the Firm's bank accounts at Community Trust Bank to the credit card company.

6.      As part of her scheme to defraud and obtain money, **RONDA NIXON** used her knowledge and access to the Firm's books and bank accounts, as well as information about her employer, to hide the unauthorized personal charges.

7.      As part of her scheme to defraud and obtain money, **RONDA NIXON**, unbeknownst to her employer, on or about November 2, 2006, opened an American Express Bank, FSB line of credit in his name. When monies in the Firm's bank accounts

could not support her personal charges, **RONDA NIXON** withdrew a total of $19,500 from the line of credit by using "convenience checks" to pay for or cover up her personal credit card charges.

8. As part of her scheme to defraud and obtain money, **RONDA NIXON** executed the convenience checks by forging an authorized person's signature, and then depositing them into the Ashland, Kentucky, branch of Community Trust Bank, the Firm's bank.

9. A total of $93,477.82 in unauthorized checks, credit card charges, and line of credit withdrawals were made by **NIXON**. Of this amount, $19,500 came from the American Express Bank line of credit, which **NIXON** deposited in the Firm's Community Trust Bank account to cover up her unauthorized credit card charges.

## THE USE OF THE WIRES

### COUNTS 1-11
### 18 U.S.C. § 1343

10. Paragraphs 1 through 9 above are incorporated by reference as if fully set forth herein.

11. For the purpose of executing the scheme and artifice to defraud, the defendant, **RONDA NIXON**, on or about the dates set forth in the chart below, did knowingly cause to be transmitted in interstate commerce from the Firm, located in Boyd County, Kentucky, in the Eastern District of Kentucky, to Utah, certain signs and signals by computer, and over the internet, to make personal purchases of products by charging

the items without authorization to the Firm's credit card on or about the dates set forth in the chart below:

| Count | Date | Amount | Purchase |
|---|---|---|---|
| 1 | 3/23/2007 | 350.00 | ProPay (Mary Kay Cosmetics) |
| 2 | 3/23/2007 | 350.00 | ProPay (Mary Kay Cosmetics) |
| 3 | 4/13/2007 | 350.00 | ProPay (Mary Kay Cosmetics) |
| 4 | 4/13/2007 | 350.00 | ProPay (Mary Kay Cosmetics) |
| 5 | 4/13/2007 | 300.00 | ProPay (Mary Kay Cosmetics) |
| 6 | 5/1/2007 | 350.00 | ProPay (Mary Kay Cosmetics) |
| 7 | 5/1/2007 | 350.00 | ProPay (Mary Kay Cosmetics) |
| 8 | 5/1/2007 | 300.00 | ProPay (Mary Kay Cosmetics) |
| 9 | 6/1/2007 | 300.00 | ProPay (Mary Kay Cosmetics) |
| 10 | 6/1/2007 | 350.00 | ProPay (Mary Kay Cosmetics) |
| 11 | 6/1/2007 | 350.00 | ProPay (Mary Kay Cosmetics) |

Each count in violation of 18 U.S.C. § 1343.

## BANK FRAUD

### COUNTS 12-13
### 18 U.S.C. § 1344

1.     Paragraphs 1 through 9 above are incorporated by reference as if fully set forth herein.

2.     For the purpose of executing the scheme and artifice to defraud, the defendant, **RONDA NIXON**, wrongfully withdrew the following amounts of money from the American Express Bank, FSB, the deposits of which having been at all relevant

times insured by the Federal Deposit Insurance Corporation, on or about the dates as set forth in the chart below:

| Count | Date | Amount |
|---|---|---|
| 12 | 1/12/2007 | $10,000.00 |
| 13 | 2/21/2007 | $9,500.00 |

Each count in violation of 18 U.S.C. § 1344.

## COUNT 14
## 18 U.S.C. § 1028A

On or about November 2, 2006, in Boyd County, in the Eastern District of Kentucky and elsewhere,

**RONDA NIXON,**

did knowingly possess and use, without lawful authority, a means of identification of another person, that is her employer's social security number and signature, during and in relation to the felony offenses charged in Counts 12 and 13 of this Indictment, all in violation of 18 U.S.C. § 1028A.

## COUNT 15
## 18 U.S.C. § 1028A

On or about January 12, 2007, in Boyd County, in the Eastern District of Kentucky and elsewhere,

**RONDA NIXON,**

did knowingly possess and use, without lawful authority, a means of identification of another person, that is her employer's signature, during and in relation to the felony

offenses charged in Counts 12 and 13 of this Indictment, all in violation of 18 U.S.C. § 1028A.

## COUNT 16
## 18 U.S.C. § 1028A

On or about February 21, 2007, in Boyd County, in the Eastern District of Kentucky and elsewhere,

**RONDA NIXON,**

did knowingly possess and use, without lawful authority, a means of identification of another person, that is her employer's signature, during and in relation to the felony offenses charged in Counts 12 and 13 of this Indictment, all in violation of 18 U.S.C.§ 1028A.

## COUNT 17
## 18 U.S.C. § 1029(a)(2)

On or about March 23, 2007, and continuing through on or about June 1, 2007, in Boyd County, in the Eastern District of Kentucky,

**RONDA NIXON,**

knowingly and with intent to defraud did use an unauthorized access device, that is, a Firm company credit card, American Express credit card, numbered 3782-005851-****, and by such conduct did obtain things of value aggregating $1,000 or more during any

one-year period of time, said use affecting interstate commerce, all in violation of 18 U.S.C. § 1029(a)(2).

**A TRUE BILL**

_____
**FOREPERSON**

_____
**JAMES A. ZERHUSEN**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-11:**  Not more than 20 years imprisonment, not more than a $250,000 fine, or both, and not more than 3 years supervised release.

**COUNTS 12-13:**  Not more than 30 years imprisonment, not more than a $1,000,000 fine, or both, and not more than 5 years supervised release.

**COUNT 14-16:**  Not less than 2 years imprisonment to run consecutively to any other term of imprisonment imposed, not more than $250,000 fine, or both, and supervised release of not more than 1 year.

**COUNT 17:**  Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**  Mandatory special assessment of $100 per felony count.

**PLUS:**  Restitution, if applicable.