UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CRIMINAL ACTION NO. 08-11-DLB

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                    **UNITED STATES AMENDED EXHIBIT LIST**

RONDA NIXON                                                                               DEFENDANT

\* \* \* \* \*

| Government Exhibit No. | Exhibit |
|---|---|
| 1 | Email from Ronda Nixon to Pruitt |
| 2 | American Express Credit Card Statements |
| 3 | Bank Statements for General Checking Account |
| 4 | Bank Statements for Trust Account |
| 5 | Bank Statements for Tax Account |
| 6 | AMEX Line of Credit Opening Computer Printout |
| 7 | AMEX Line of Credit Statement |
| 8 | AMEX Line of Credit Checks |
| 9 | Computer Printout for AMEX Line of Credit Activity |
| 10 | Various Deposits and Checks for General Checking |
| 11 | Various Deposits and Checks for Trust Account |
| 12 | Various Deposits and Checks for Tax Account |
| 13 | Various Deposits and Checks for Condo Account |
| 14 | Summary of the Community Trust Bank General Checking Account (FRE Rule 1006) |
| 15 | Quickbook Entries for AMEX payments |
| 16 | Rufus & Rufus Report |

| 17 | Bob Rufus Notes from conversation with Nixon |
|----|----------------------------------------------|
| 18 | Ronda Nixon Written Confession |
| 19 | Propay Payments |
| 20 | FDIC Certificate |

                    Respectfully submitted,

                    JAMES ZERHUSEN
                    UNITED STATES ATTORNEY

By:   s/ Alamdar S. Hamdani
       Assistant United States Attorney
       207 Grandview, Ste. 500
       Ft. Mitchell, KY  41017
       859-655-3200, ext. 105

**CERTIFICATE OF SERVICE**

On January 11, 2009, I electronically filed this document through the CM/ECF system and through that system sent it to Matthew Warnock, Attorney for Ronda Nixon

                    s/ Alamdar S. Hamdani
                    Assistant United States Attorney