UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CRIMINAL ACTION NO. 08-11-DLB

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.        **UNITED STATES SECOND AMENDED EXHIBIT LIST**

RONDA NIXON                                                                              DEFENDANT

\* \* \* \* \*

| Government Exhibit No. | Exhibit |
|---|---|
| 1 | Email from Ronda Nixon to Pruitt |
| 2 | American Express Credit Card Statements |
| 3 | Bank Statements for General Checking Account |
| 4 | Bank Statements for Trust Account |
| 5 | Bank Statements for Tax Account |
| 6a | AMEX Line of Credit Opening Computer Printout |
| 6b | Creditweb printout of AMEX LOC application |
| 6c | Creditweb printout of AMEX LOC History |
| 6d | Creditweb printout of CIP Verify |
| 7 | AMEX Line of Credit Statement |
| 8a | AMEX Line of Credit Check – $10,000 |
| 8b | AMEX Line of Credit Check – $9,500 |
| 9 | Computer Printout for AMEX Line of Credit Activity |
| 10 | Various Deposits and Checks for General Checking |
| 11 | Various Deposits and Checks for Trust Account |
| 12 | Various Deposits and Checks for Tax Account |

| | |
|---|---|
| 13 | Various Deposits and Checks for Condo Account |
| 14 | Summary of the Community Trust Bank General Checking Account (FRE Rule 1006) |
| 15 | Quickbook Entries for AMEX payments |
| 16 | Rufus & Rufus Report |
| 17 | Bob Rufus Notes from conversation with Nixon |
| 18 | Ronda Nixon Written Confession |
| 19 | Propay Payments |
| 20 | FDIC Certificate |
| 21 | Complaint Against AMEX |
| 22 | Quickbooks General Ledger Statement |
| 23 | Letter dated 8/31/07 from Community Trust Bank to Pruitt & Thorner |
| 24 | Robert Rufus Interview Notes with Pruitt on August 9, 2007 |

Respectfully submitted,

JAMES ZERHUSEN
UNITED STATES ATTORNEY


By:   s/ Alamdar S. Hamdani
Assistant United States Attorney
207 Grandview, Ste. 500
Ft. Mitchell, KY  41017
859-655-3200, ext. 105


**CERTIFICATE OF SERVICE**

On February 8, 2009, I electronically filed this document through the CM/ECF system and through that system sent it to Matthew Warnock, Attorney for Ronda Nixon

s/ Alamdar S. Hamdani
Assistant United States Attorney