```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                        NORTHERN DIVISION
                          at ASHLAND


UNITED STATES OF AMERICA,       *
                                *    ASHLAND CRIMINAL
        PLAINTIFF,              *    NO. 0:08-cr-11-DLB
                                *
                                *
V.                              *    Ashland, Kentucky
                                *    July 28, 2008
RONDA NIXON,                    *    1:00 p.m.
                                *
                                *
        DEFENDANT.              *
                                *


       TRANSCRIPT OF INITIAL APPEARANCE/ARRAIGNMENT
           BEFORE THE HONORABLE EDWARD B. ATKINS
                 UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the United States:    United States Attorneys Office
                          By:  Hon. Kevin C. Dicken
                          260 W. Vine Street, Suite 300
                          Lexington, Kentucky  40507


For the Defendant Nixon:  Matthew J. Warnock
                          Attorney at Law
                          221 Main Street
                          Greenup, Kentucky



Court Reporter:           Kelly S. Smith
                          131 Eagle Drive
                          Catlettsburg, Kentucky 41129
```

1           THE COURT:  Madam Clerk, will you call the
2    matter on, please.
3           THE WITNESS:  Yes, your Honor.  Ashland
4    Criminal Action No. 08-11, United States of America
5    verses Ronda Nixon for initial appearance and
6    arraignment.
7           THE COURT:  Thank you.  Counsel state your
8    appearances for the record.
9           MR. DICKEN:  Your Honor, Kevin Dicken for
10   the United States.
11          MR. WARNOCK:  Your Honor, Mathew Warnock for
12   Ms. Dixon who is seated to my left -- Nixon, I'm sorry.
13          THE COURT:  Thank you.  Ms. Nixon, before we
14   proceed, I need to advised you of your rights.  You have
15   the right to remain silent.  You should know that
16   anything you say can be used against you later in the
17   prosecution.  You have the right to the assistance of an
18   attorney at all stages of the proceedings, including the
19   right to have an attorney appointed if you cannot afford
20   one.  You have the right to have your attorney present
21   with you during any questioning of you by government
22   officials and the right to stop any questioning so you
23   can have your attorney with you.  Do you understand
24   these rights?
25          THE DEFENDANT:  Yes, your Honor.

```
1              THE COURT:  Ms. Nixon, you prepared a
2   financial affidavit and based upon a review of that I do
3   find that you qualify for appointment and I will appoint
4   Mr. Warnock to represent you in this case.
5              Mr. Warnock, have you had an opportunity to
6   review the indictment with Ms. Nixon?
7              MR. WARNOCK:  Judge, I just got the
8   indictment and am reviewing it right now.
9              THE COURT:  Do you need a minute to discuss
10  it with her?
11             MR. WARNOCK:  We discussed the case and
12  would just enter a plea of not guilty to all counts of
13  the indictment and ask for a pretrial conference.
14             THE COURT:  Would you like a formal reading
15  of the indictment?
16             MR. MUSSETTER:  We waive formal reading as
17  well, your Honor.
18             THE COURT:  We'll note the waiver for the
19  record and enter pleas of not guilty on behalf of Ms.
20  Nixon.  This matter will be set for pretrial conference
21  on August 18th at 1:00 p.m. in Ashland.  The trial will
22  be scheduled for September the 8th at 10:00 a.m. here in
23  Ashland.  Counsel should be present by 9:30.
24           Mr. Warnock, can you just verify for me that Ms.
25  Nixon's correct name is spelled correctly on the
```

1  indictment?
2          MR. WARNOCK:  Yes, that is correct,
3  your Honor.
4          THE COURT:  We'll enter an order regarding
5  discovery following the arraignment today.  Mr. Dicken,
6  what's your estimate as to the length of trial in this
7  matter?
8          MR. DICKEN:  Two days, your Honor.
9          THE COURT:  Counsel, have both of you had an
10 opportunity to review the pretrial services report?
11         MR. DICKEN:  Yes, your Honor.
12         MR. WARNOCK:  Yes, I have, your Honor.
13         THE COURT:  Mr. Dicken, what's the position
14 of the United States regarding detention or release
15 pending trial?
16         MR. DICKEN:  We have no objection to the
17 defendant being released on the conditions in the
18 pretrial services report.
19         MR. WARNOCK:  We have no objection,
20 obviously, to that as well, your Honor.  And, any
21 condition that parole sees fit, we have no problem with
22 that as well.
23         THE COURT:  All right, thank you.  All
24 right, Ms. Nixon, pending further proceedings I'm going
25 to allow you to be released on certain conditions.  I

1  want to review those with you just briefly just to be
2  sure you understand.  Okay?
3              THE DEFENDANT:  Okay.
4              THE COURT:  While on release you shall not
5  commit any offense in violation of federal, state, or
6  local law.  You will immediately advise the court,
7  defense counsel, and the United States Attorney in
8  writing before any change in your address or telephone
9  number.  You will appear at all proceedings in the case
10 as directed.  You will report to the probation office as
11 directed.  If you have a passport you will surrender it
12 to the probation office.  You will not attempt to obtain
13 a substitute or another passport.  You will restrict
14 your travel to the Eastern District of Kentucky and the
15 Western District of Virginia.  If you have any questions
16 about that -- the Western District of West Virginia, Mr.
17 Hall?
18             MR. HALL:  Western District of Virginia,
19 your Honor.
20             THE COURT:  All right. Western District of
21 Virginia.  If you have any questions about those
22 geographic areas, you should speak with probation prior
23 to the time of your travel.  You will avoid all contact,
24 directly or indirectly, with anyone who may become a
25 victim or is a potential victim or witness in relation

1  to the subject investigation including but not limited
2  to Garis Pruitt employees or his family.
3              You will refrain from possessing a firearm,
4  destructive device, or other dangerous weapon or
5  ammunition.  You will refrain from use or unlawful
6  possession of any narcotic drug or other controlled
7  substance unless it's prescribed by a licensed medical
8  doctor.
9              You will report as soon as possible any
10 contact with law enforcement, including but not limited
11 to any arrest or any questioning or traffic stop.  You
12 will be required to provide full disclosure to any
13 current or future employer or as otherwise directed by
14 the pretrial services office.
15             Do you understand these conditions, ma'am?
16             THE DEFENDANT:  Yes, your Honor.
17             THE COURT:  Ms. Nixon, any violation of the
18 terms of condition of your release could result in a
19 warrant being issued for your arrest, you could be
20 charged with an additional offense for which you would
21 be subject to an additional penalty such as a period of
22 imprisonment or a fine if you are found to have
23 committed the violation; do you understand?
24             THE DEFENDANT:  Yes.
25             THE COURT:  All right.  Mr. Marshal, are you

```
 1  finished processing Ms. Nixon?
 2              THE MARSHAL:  No, your Honor.
 3              THE COURT:  Ms. Nixon, you will need to
 4  remain in the court house until the Marshal has finished
 5  your processing.  Anything further in this matter,
 6  counsel?
 7              MR. DICKEN:  No, your Honor.
 8              MR. WARNOCK:  No, your Honor.
 9              THE COURT:  Madam Clerk, this matter will
10  stand adjourned.
11              (The hearing was thereupon concluded at
12  approximately 1:07 p.m.)
13                          ******
14        The undersigned Court Reporter hereby certifies
    that: (1)the foregoing pages represent an accurate and
15  complete transcription of the record of the proceedings
    before the United States District Court for the Eastern
16  District of Kentucky at Ashland before the Honorable
    Edward B. Atkins, presiding, in the matter of **United
17  States of America v. Ronda Nixon,** and (2) these pages
    constitute an original of the transcript of the
18  proceedings.
19
            /S/ Kelly S. Smith          08/10/2011
20          Kelly S. Smith               Date
            Stenotype Reporter
21
22
23
24
25
```