```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                          NORTHERN DIVISION
                            at ASHLAND


UNITED STATES OF AMERICA,        *
                                 *    ASHLAND CRIMINAL
        PLAINTIFF,               *    NO. 0:08-cr-11-DLB
                                 *
                                 *
V.                               *    Ashland, Kentucky
                                 *    August 21, 2008
RONDA NIXON,                     *    1:00 p.m.
                                 *
                                 *
        DEFENDANT.               *
                                 *


               TRANSCRIPT OF PRETRIAL CONFERENCE
             BEFORE THE HONORABLE EDWARD B. ATKINS
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the United States:    United States Attorneys Office
                          By:  Hon. Anthony Bracke
                          260 W. Vine Street, Suite 300
                          Lexington, Kentucky  40507


For the Defendant Nixon:  Matthew J. Warnock
                          Attorney at Law
                          221 Main Street
                          Greenup, Kentucky  41144


Court Reporter:           Kelly S. Smith
                          131 Eagle Drive
                          Catlettsburg, Kentucky 41129
```

```
 1                THE COURT:  Madam Clerk, call the first
 2   matter, please.
 3                THE CLERK:  Yes, your Honor.  Ashland
 4   Criminal Action Number 08-11, United States of America
 5   vs. Ronda Nixon for pretrial conference.
 6                THE COURT:  Counsel, state your appearances
 7   for the record, please.
 8                MR. BRACKE:  Your Honor, Anthony Bracke for
 9   the United States.
10                MR. WARNOCK:  Your Honor, Matthew Warnock
11   for Ms. Nixon, who is seated to my left.
12                THE COURT:  Just to inform counsel, Judge
13   Bunning wishes to vacate the trial of 9/8 and it will be
14   reset for October 14th at one o'clock with the attorneys
15   presents by 12:30.
16                MR. BRACKE:  Your Honor, what was the time
17   for the trial on the 14th?
18                THE COURT:  One o'clock, but you should be
19   available by 12:30.  Counsel, do you anticipate any
20   difficulty with that trial date?
21                MR. WARNOCK:  No, I think that should be
22   fine, your Honor.  I just wondered if we would have a
23   pretrial conference prior to that?
24                THE COURT:  Judge Bunning doesn't wish to
25   set one specifically at this time.  If there is a matter
```

1   of a motion that is a concern I can schedule the motion
2   hearing, otherwise if motions are filed I just
3   anticipate the Court will take them up in due course.
4              MR. WARNOCK:  I guess the one thing I was
5   concerned about was the acceptance of responsibility in
6   this case.  I didn't want that to close just because I
7   was trying to get ready for this case and the amount of
8   time I had.  I don't know when he would want that to be
9   addressed by, but that was the one concern I had.
10             THE COURT:  Well, that's going to be a
11  matter exclusively within Judge Bunning's concern, I
12  believe, so I don't have any deadlines to give you
13  regarding a cut off date for acceptance of
14  responsibility should Ms. Nixon wish to be rearraigned.
15             MR. WARNOCK:  And I think in my motion I did
16  put I received discovery no problems, that is just kind
17  of grasping a lot of transactions over an extended
18  period of time.  If we do decide that is the direction
19  we want to go, I will try to inform the Court as soon as
20  possible hopefully to make that a moot point.  I just
21  wanted to address it.
22             THE COURT:  As I recall, Ms. Nixon was
23  arraigned a month ago.
24             MR. WARNOCK:  Yes, that is correct.
25             THE COURT:  And you were appointed.

```
 1            MR. WARNOCK:  Yes.
 2            THE COURT:  We can note your inquiry for the
 3   record.  And then, anything further prior to trial?
 4            MR. WARNOCK:  Not at this moment,
 5   your Honor.
 6            (The hearing was thereupon concluded at
 7   approximately 1:10 p.m.)
 8                       ******
 9            The undersigned Court Reporter hereby
     certifies that: (1)the foregoing pages represent an
10   accurate and complete transcription of the record of the
     proceedings before the United States District Court for
11   the Eastern District of Kentucky at Ashland before the
     Honorable Edward B. Atkins presiding, in the matter of
12   United States of America v. Ronda Nixon, and (2) these
     pages constitute an original of the transcript of the
13   proceedings.
14
              /S/ Kelly S. Smith         8/10/2011
15            Kelly S. Smith             Date
              Stenotype Reporter
16
17
18
19
20
21
22
23
24
25
```