**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL ACTION NO. 08-11-DLB-EBA**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**VS.**         **ORDER ADOPTING REPORT AND RECOMMENDATION**

**RONDA NIXON**                                                                        **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the November 7, 2014 Report and Recommendation (R&R) of the United States Magistrate Judge, wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of ten (10) months incarceration, with four (4) years of supervised release, less time served, to follow. (Doc. # 121). The Magistrate Judge also recommends that the Defendant, while on supervision and if deemed advisable by probation, take part in mental health counseling.

During the final revocation hearing conducted by Magistrate Judge Edward B. Atkins on November 4, 2014, the Defendant stipulated to violating the terms of her supervised release, as set forth in the October 9, 2014 Supervised Release Violation Report. The Defendant having waived her right to allocution (Doc. # 120), no objection to the R&R having been filed, and the time do so having now expired, the R&R is ripe for the Court's consideration.

Having reviewed the R&R, and finding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being

1

otherwise sufficiently advised,

    **IT IS ORDERED** as follows:

    1.    The Report and Recommendation (Doc. # 121) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

    2.    Defendant is found to have **VIOLATED** the terms of her supervised release;

    3.    Defendant's supervised release is hereby **REVOKED**;

    4.    Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **ten (10) months** with **four (4) years of supervised release, less time served, to follow**;

    5.    Defendant, while on supervision and if deemed advisable by probation, shall take part in mental health counseling; and

    6.    A Judgment shall be entered concurrently herewith.

This 15th day of December, 2014.



Signed By:
*David L. Bunning*  DB
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2008\08-11 Order adopting R&R.wpd